**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  99-cv-01093-REB-PAC

JUSTIN JOSEPH RUEB,

    Plaintiff,

v.

LOUIS MORALES, ET AL.,

    Defendants.

---

**ORDER ADOPTING RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE**

---

**Blackburn, J.**

The matter before me is the Recommendation of United States Magistrate Judge

[#359], filed August 12, 2005.  No objections having been filed to the recommendation,

I review it only for plain error.  ***See Morales-Fernandez v. Immigration &***

***Naturalization Service***, 418 F.3d 1116, 1122 (10th Cir. 2005).[1]  Finding no such error

in the magistrate judge's recommended disposition, I find and conclude that the

recommendation should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

(1) That the Recommendation of United States Magistrate Judge [#359], filed

August 12, 2005, is **APPROVED AND ADOPTED** as an order of this court; and

(2) That the Administrative Review Board, Dixon, Michael Drennan, Hansen,

---

[1] This standard pertains even though plaintiff is proceeding *pro se.*  ***Morales-Fernandez***, 418
F.3d at 1122.

Hibbard, John St. Clair, Sandoval, and Voight are **DROPPED** as named defendants

from this action, and the case caption is **AMENDED** accordingly.

Dated September 12, 2005, at Denver, Colorado.

BY THE COURT:


s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge