IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 99-cv-01093-REB-PAC

JUSTIN JOSEPH RUEB,

    Plaintiff(s),

v.

ADAMS COUNTY, et al.,

    Defendant(s).

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that plaintiff's Motion for the Court to Direct the Court Clerk to Mail Copies of the Plaintiff's 6-1-05 Dated 3rd Amended Complaint, and "Motion for a Temporary Restraining Order" [filed August 29, 2005, Doc. No. 361] is **denied as moot.**

Dated:  September 14, 2005