**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  99-cv-01093-REB-PAC

JUSTIN JOSEPH RUEB,

    Plaintiff,

v.

LOUIS MORALES, et al.,

    Defendants.

**ORDER ADOPTING RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

The matter before me is the **Recommendation of United States Magistrate Judge** [#372], filed September 14, 2005, recommending that I deny as moot plaintiff's **Motion for a Temporary Restraining Order And Preliminary Injunction** [#362] filed August 29, 2005.

Because plaintiff is proceeding *pro se*, I have construed his pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers.  See **Haines v. Kerner**, 104 U.S. 519, 520-21 (1072)*;* **Hall v. Belmon**, 935 F.2d 1106, 1110 (10th Cir. 1991).  No objections  have been filed to the recommendation.  Absent objections to the recommendation, I am vested with discretion to review the recommendation under any standard the court deems to be

appropriate. *See, e.g.,* **Summers v. Utah**, 927 F.2d 1165, 1167 (10th Cir. 1991).[1]

The recommendation is circumstantiated and well-reasoned. It is supported by the record and apposite law. Therefore, I find and conclude that the arguments advanced, the authorities cited, and the findings of fact, conclusions of law, and recommendation proposed by the Magistrate Judge should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Recommendation of United States Magistrate Judge** [#372], filed September 14, 2005, **IS APPROVED AND ADOPTED** as an order of the court; and

2.  That plaintiff's **Motion for a Temporary Restraining Order And Preliminary Injunction** [#362] filed August 29, 2005, **IS DENIED AS MOOT**.

Dated October 6, 2005, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**

---

[1] If the parties properly have been notified of their right to object to the recommendation, but have not filed an objection, then issues addressed in the recommendation and an order adopting the recommendation still may be reviewed on appeal if the court of appeals concludes that the "interest of justice" requires review. **Morales-Fernandez v. INS**, 418 F.3d 1116, 1119-20 (10th Cir. 2005).