IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 99-cv-01093-REB-PAC

JUSTIN JOSEPH RUEB,

    Plaintiff(s),

v.

ADAMS COUNTY, et al.,

    Defendant(s).

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

IT IS HEREBY **ORDERED** that the Joint Motion for Leave to Take Depositions After Close of Discovery and To Extend the Deadline for Dispositive Motions, filed October 16, 2006, is **GRANTED** as follows:

The discovery deadline is extended to **November 7, 2006** for the purpose of deposing Gerald Gasko, Manuel Romero, James Long, Louis Morales, and Jason Holt.

The dispositive motions deadline is extended to **December 1, 2006.**

Dated:  October 17, 2006