**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  99–cv–01093-REB-PAC

JUSTIN JOSEPH RUEB,

     Plaintiff,

v.

ADAMS COUNTY, CO. et al.,

     Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before the court is the **Stipulation for Dismissal With Prejudice** [#409], filed January 5, 2007.  After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Stipulation for Dismissal With Prejudice** [#409], filed January 5, 2007, is **APPROVED**; and

2.  That this action **IS DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated January 5, 2007, at Denver, Colorado.

                                        **BY THE COURT:**

                                        **s/ Robert E. Blackburn**
                                        **Robert E. Blackburn
                                        United States District Judge**